UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9130 NOLAN STREET LLC, | No. 2:15-cv-01315-MCE-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| KAREN ROGERS, | |
| Defendant. | |

Defendant, proceeding pro se, removed the above-entitled action from state court on June 19, 2015. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On June 23, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 4), which were served on Defendant and which contained that any objections to the Findings and Recommendations were to be filed within fourteen days. Defendant has not filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

///

1

1. The findings and recommendations filed June 23, 2015 (ECF No. 4) are ADOPTED IN FULL;

2. This action is summarily REMANDED to the Superior Court of California, County of Sacramento; and

3. The Clerk of the Court is directed to close this action.

    IT IS SO ORDERED.

Dated:  July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT